■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK BANNON, Appellant. [668 NYS2d 489] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hanophy, J.), rendered January 5, 1994, convicting him of murder in the second degree and manslaughter in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, without a hearing, of that branch of the defendant's omnibus motion which was to suppress evidence obtained pursuant to an eavesdropping warrant.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

The sentence imposed was not excessive (see, People v Suitte, 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or do not warrant reversal. Rosenblatt, J. P., Miller, Ritter and Copertino, JJ., concur.